IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| D.A., by next friend and guardian A.A. | § | |
| | § | |
| v. | § | Case No. 4:14cv339 |
| | § | |
| FRISCO INDEPENDENT SCHOOL | § | |
| DISTRICT, et al. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND
ORDER OF DISMISSAL**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 8, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's claims be dismissed without prejudice and this matter be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, this case is dismissed without prejudice and this matter is closed on the court's docket.

**IT IS SO ORDERED.**

SIGNED this the 10th day of April, 2015.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE