# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| D.A., by next friend and guardian A.A. | § |
| | § |
| v. | § Case No. 4:14cv339 |
| | § |
| FRISCO INDEPENDENT SCHOOL DISTRICT, et al. | § § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Motion and Application for Ex Parte Temporary Restraining Order (Dkts. 2 & 5) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Emergency Motion and Application for Ex Parte Temporary Restraining Order (Dkts. 2 & 5) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 10th day of April, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE